# EXHIBIT 2



US00D709668S

## (12) United States Design Patent
### Martz

(10) Patent No.: **US D709,668 S**
(45) Date of Patent: ✱✱ **Jul. 29, 2014**

(54) **BRA**

(75) Inventor: Natalie Anne Martz, Vancouver (CA)

(73) Assignee: Lululemon Athletica Canada Inc., Vancouver (CA)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/417,022**

(22) Filed: **Mar. 29, 2012**

(51) LOC (10) Cl. .................................................. 02-01
(52) U.S. Cl.
 USPC ........................................................ **D2/708**
(58) Field of Classification Search
 CPC ............................ A41C 3/0057; A41C 3/0014
 USPC .......... D2/700, 701, 702, 703, 704, 705, 706,
  D2/707, 708, 709, 710, 731, 737, 793, 829,
  D2/841; 2/67, 69, 104, 109; 450/1, 2, 34,
  450/86
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

```
D635,329  S  *  4/2011  Wahl et al. ..................... D2/706
2009/0270013 A1* 10/2009  Clair et al. ...................... 450/30
2014/0031775 A1*  1/2014  Criss ............................. 604/355
```

✱ cited by examiner

*Primary Examiner* — Karen E Eldridge Powers
(74) *Attorney, Agent, or Firm* — McCarthy Tetrault LLP

(57) **CLAIM**

The ornamental design for a bra, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a bra according to a first embodiment of the design;
FIG. 2 is a rear view thereof;
FIG. 3 is a right side view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a top view thereof;
FIG. 6 is a front perspective view thereof;
FIG. 7 is a rear view of a bra according to a second embodiment of the design, the front, left side, top, and front perspective views being the same as FIGS. 1 and 4-6, respectively; and,
FIG. 8 is a right side view thereof.
The symbol depicted in FIGS. 7-8 forming part of the claimed design is a registered trademark of Lululemon Athletica Canada Inc.

**1 Claim, 8 Drawing Sheets**




**U.S. Patent**  Jul. 29, 2014  Sheet 1 of 8  **US D709,668 S**



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7

U.S. Patent    Jul. 29, 2014    Sheet 8 of 8    US D709,668 S



Fig. 8