# EXHIBIT 3



US00D759942S

## (12) United States Design Patent
### Martz

(10) Patent No.: **US D759,942 S**
(45) Date of Patent: ⁎⁎ *Jun. 28, 2016

(54) **BRA**

(71) Applicant: **lululemon athletica canada inc.,** Vancouver (CA)

(72) Inventor: **Natalie Anne Martz,** Vancouver (CA)

(73) Assignee: **lululemon athletica canada inc.,** Vancouver (CA)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/493,984**

(22) Filed: **Jun. 16, 2014**

### Related U.S. Application Data

(63) Continuation of application No. 29/417,022, filed on Mar. 29, 2012, now Pat. No. Des. 709,668.

(51) LOC (10) Cl. .............................................. 02-01
(52) U.S. Cl.
     USPC ...................................................... D2/708
(58) Field of Classification Search
     USPC .......... D2/701, 702, 703, 704, 705, 706, 707,
         D2/708, 709, 710, 731, 736, 737, 793, 829,
         D2/841; 2/67, 69, 104, 109, 110; 450/1, 2,
         450/3, 28, 30, 34, 86, 92
     CPC ....... A41C 3/00; A41C 3/0014; A41C 3/0057
     See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D259,370 S * | 6/1981 | Schreiber et al. | D2/708 |
| 7,442,110 B2 * | 10/2008 | Gaudet et al. | 450/39 |
| D635,329 S | 4/2011 | Wahl et al. | |
| 8,128,457 B2 * | 3/2012 | Reinisch et al. | 450/59 |
| 8,182,310 B2 * | 5/2012 | Clair et al. | 450/30 |
| D671,296 S * | 11/2012 | Iamartino | D2/708 |
| D671,297 S * | 11/2012 | Iamartino | D2/708 |
| 8,465,341 B2 * | 6/2013 | Shashy | 450/39 |
| 8,550,872 B2 * | 10/2013 | Upton et al. | 450/66 |
| D708,821 S * | 7/2014 | Iamartino | D2/708 |
| D709,668 S * | 7/2014 | Martz | D2/708 |
| 2008/0194179 A1* | 8/2008 | Leung | 450/31 |
| 2009/0270013 A1 | 10/2009 | Clair et al. | |
| 2013/0203319 A1* | 8/2013 | Torres et al. | 450/59 |
| 2014/0031775 A1 | 1/2014 | Criss | |
| 2015/0079876 A1* | 3/2015 | Betts | 450/78 |

#### OTHER PUBLICATIONS

"Angel Blue Energy Bra," blog posted on-line on Jul. 30, 2012. Retrieved from the internet on Apr. 17, 2015. URL: http://lulumum.blogspot.com/2012/07/angel-blue-energy-bra.html. (1 page).*

* cited by examiner

*Primary Examiner* — Karen E. Eldridge Powers
*Assistant Examiner* — Jasmine Mlinarcik
(74) *Attorney, Agent, or Firm* — McCarthy Tétrault LLP

(57) **CLAIM**

The ornamental design for a bra, as shown and described.

### DESCRIPTION

FIG. **1** is a front elevation view of a bra according to the design;
FIG. **2** is a rear elevation view thereof;
FIG. **3** is a right side elevation view thereof;
FIG. **4** is a left side elevation view thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a front perspective view thereof.
The portions of the straps shown in broken lines in FIG. 2 are features of the article of manufacture that form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**






FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6