DENIED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., a Canadian corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:21-cv-09252-RGK-GJS<br><br>**[Proposed] ORDER GRANTING JOINT STIPULATION TO STAY**<br><br>Judge:   Hon. R. Gary Klausner<br><br>Place:   Courtroom 850 |

~~After full consideration of the parties' Joint Stipulation to Stay, this Court orders as follows:~~

~~1. That this case be stayed pending the Southern District of New York's decision on lululemon athletica canada inc.'s ("lululemon") anticipated Motion to Dismiss in *Peloton Interactive, Inc. v. lululemon athletica canada inc.*, 1:21-cv-10071-ALC;~~

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY

~~2. All dates and deadlines previously set by the Court or in accordance with the Federal Rules of Civil Procedure, including but not limited to the deadline for Defendant Peloton Interactive Inc. to plead or otherwise respond to Plaintiff lululemon's Complaint before this Court, are stayed;~~

~~3. The Parties shall jointly submit a status update to the Court within five business days of an Order being issued on lululemon's Motion to Dismiss before the Southern District of New York in Case No. 1:21-cv-10071-ALC. The status update shall indicate any action taken by the Southern District of New York in relation to lululemon's Motion to Dismiss and either joint or separate proposals from the Parties regarding how this action should proceed before this Court;~~

~~4. Peloton does not waive any objection regarding personal jurisdiction or venue; and~~

~~5. Any party may move for this Court to lift this Stay for good cause.~~

THE STIPULATION IS DENIED.

**IT IS SO ORDERED.**

Dated: December 27, 2021

*/s/ Gary Klausner*

Hon. R. Gary Klausner
United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY