# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lululemon Athletica Canada, Inc. | CASE NUMBER |
|---|---|
| | 2:21-cv-9252-RGK-GJS |
| v. **PLAINTIFF(S)** | |
| Peloton Interactive, Inc., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| | ☒ FOR DISCOVERY |
| **DEFENDANT(S).** | ☒ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

the Magistrate Judge holds a financial interest in one of the named parties.

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

December 28, 2021
Date

United States Magistrate Judge

## NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge   Shashi H. Kewalramani  . On all documents subsequently filed in this case, please substitute the initials   SHK   after the case number in place of the initials of the prior judge, so that the case number will read   2:21-cv-09252 RGK(SHKx)  . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   Previous Magistrate Judge