| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Steven N. Feldman (SBN 281405) |
|   | steve.feldman@lw.com |
| 3 | 1271 Avenue of the Americas |
|   | New York, NY 10020 |
| 4 | Phone: (212) 906-1200 |
| 5 | Fax: (212) 751-4864 |
| 6 | Matthew Walch (*pro hac vice* forthcoming) |
|   | matthew.walch@lw.com |
| 7 | 330 North Wabash Avenue, Suite 2800 |
|   | Chicago, IL 60611 |
| 8 | Phone: (312) 876-7700 |
| 9 | Fax: (312) 993-9767 |
| 10 | Robert J. Ellison (SBN 274374) |
|   | robert.ellison@lw.com |
| 11 | 10250 Constellation Blvd., Suite 1100 |
|   | Los Angeles, CA 90067 |
| 12 | Phone: (424) 653-5500 |
| 13 | Fax: (424) 653-5501 |
| 14 | Rebekah L. Soule (*pro hac vice* forthcoming) |
|   | rebekah.soule@lw.com |
| 15 | 555 Eleventh St. NW, Suite 1000 |
|   | Washington, D.C. 20004-1304 |
| 16 | Phone: (202) 637-2200 |
| 17 | Fax: (202) 637-2201 |
| 18 | *Counsel for Defendant Peloton Interactive, Inc.* |

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA, INC., a Canadian corporation, | CASE NO. 2:21-CV-09252-RGK-SHK |
| Plaintiff, | **DEFENDANT PELOTON'S NOTICE OF MOTION TO DISMISS, TRANSFER, OR STAY** |
| v. | Hearing |
| PELOTON INTERACTIVE, INC., a Delaware corporation, | Date: February 28, 2022 |
|   | Time: 9:00 AM |
|   | Courtroom: 850 |
| Defendant. | Judge: R. Gary Klausner |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 28, 2022 at 9:00 AM, or as soon thereafter as the matter may be heard before the Honorable R. Gary Klausner in Courtroom 850 of the United States District Court, Central District of California, located at Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Defendant Peloton Interactive, Inc. ("Peloton") will and hereby does move to dismiss, transfer, or stay this action.

Peloton makes this Motion pursuant to the "first-to-file" rule, 28 U.S.C. § 1404(a), Rule 12(b)(6) of the Federal Rules of Civil Procedure, and associated case law. On November 23, 2021, Peloton filed suit in the U.S. District Court for the Southern District of New York against Plaintiff lululemon athletica canada, inc. ("lululemon") seeking a declaratory judgement of non-infringement and invalidity of the same design patents asserted herein and non-infringement of lululemon's purported trade dress. *Peloton Interactive Inc., v. lululemon athletica canada inc.*, Case No. 21-cv-10071 (ALC)(OTW). Peloton moves this Court to stay this action pursuant to the first-to-file rule pending a decision by the Southern District of New York regarding lululemon's Motion to Dismiss dated January 7, 2022 (ECF No. 20) before that court, and thereafter dismiss this Action. In the alternative Peloton moves that this Court dismiss this case in its entirety pursuant to the first-to-file rule, or transfer this action to the Southern District of New York in accordance with 28 U.S.C. § 1404(a). Should this Court retain this action, Peloton moves that this Court dismiss Plaintiff lululemon's claims for trade dress infringement and unfair competition claims under the Lanham Act and Cal. Bus. & Prof. Code § 17200 pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Peloton's Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Julie Whisler, and the Declaration of Rebekah Soule and the exhibits attached thereto, the pleadings and

records on file herein, and upon all other arguments and evidence that may be presented to this Court.

    This Motion is made following a conference of counsel pursuant to L.R. 7-3, which took place telephonically on December 20, 2021, and January 19, 2022.

| | |
|---|---|
| Date: January 26, 2022 | Respectfully submitted, |
| | */s/ Steven N. Feldman*<br>LATHAM & WATKINS LLP<br>Steven N. Feldman (SBN 281405)<br>steve.feldman@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 906-1200<br>Fax: (212) 751-4864 |
| | Matthew Walch (*pro hac vice* forthcoming)<br>matthew.walch@lw.com<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Phone: (312) 876-7700<br>Fax: (312) 993-9767 |
| | Robert J. Ellison (SBN 274374)<br>robert.ellison@lw.com<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Phone: (424) 653-5500<br>Fax: (424) 653-5501 |
| | Rebekah L. Soule (*pro hac vice* forthcoming)<br>rebekah.soule@lw.com<br>555 Eleventh St. NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Phone: (202) 637-2200<br>Fax: (202) 637-2201 |
| | *Counsel for Defendant Peloton Interactive, Inc.* |