UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:21–cv–09252–RGK–SHK | Date | 1/31/2022 |
|---|---|---|---|
| Title | LULULEMON ATHLETICA CANADA, INC. V. PELOTON INTERACTIVE, INC. | | |

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Kevin Conlouge                                             Muna Busailah

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

Jury Trial (Est. _3–4_ days):            September 20, 2022 at 09:00 AM
Pretrial Conference:                         August 29, 2022 at 09:00 AM
Motion Cut-Off Date (last day to file):  June 29, 2022
Discovery Cut-Off Date (fact discovery): June 15, 2022

Last day to amend the complaint or add parties is _3/2/2022_. The parties shall participate in ADR _2_.

**IT IS SO ORDERED.**

:02
Initials of Preparer: _sw_