Matthew W. Walch
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800, Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| lululemon athletica canada, inc.<br><br>Plaintiff(s)<br>v.<br><br>Peloton Interactive, Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-09252-RGK-SHK<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Walch, Matthew W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 876-7700    (312) 993-9767
*Telephone Number*   *Fax Number*

matthew.walch@lw.com
*E-Mail Address*

of Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Peloton Interactive, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Ellison, Robert J.
*Designee's Name (Last Name, First Name & Middle Initial)*

274374        (424) 653-5500    (424) 653-5501
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

robert.ellison@lw.com
*E-Mail Address*

of Latham & Watkins LLP
10250 Constellation Blvd.
Suite 1100
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☒ because   See deficiencies listed at docket 25

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: January 31, 2022

/s/ R. GARY KLAUSNER
**U.S. District Judge/U.S. Magistrate Judge**