FILED
CLERK, U.S. DISTRICT COURT

February 10, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge MAAME EWUSI-MENSAH FRIMPONG | ORDER OF THE CHIEF JUDGE<br><br>22-017 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Maame Ewusi-Mensah Frimpong,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge R. Gary Klausner to the calendar of Judge Maame Ewusi-Mensah Frimpong:

| | |
|---|---|
| 2:21-cv-00749-RGK-MRWx | Ian Robinson v. American International Group, Inc. |
| 2:21-cv-02247-RGK-DFMx | Kerry Leonard v. Creditfirst, N.A., et al. |
| 2:21-cv-02512-RGK-ASx | Andrew Dorn v. Towne Mortgage Company, et al. |
| 2:21-cv-03754-RGK-JEMx | Exoto Inc. v. Sunrich Company, LLC., et al. |
| 2:21-cv-06279-RGK-PDx | *Sealed* |
| 2:21-cv-08402-RGK-MRWx | Stephen Mintz v. Costco Wholesale Corporation |
| 2:21-cv-08691-RGK-KSx | Judith Welch v. United States Department of Commerce, et al. |
| 2:21-cv-09006-RGK-JCx | Caterin Lopez v. Mercedes-Benz USA, LLC. |
| 2:21-cv-09252-RGK-SHKx | Lululemon Athletica Canada, Inc. v. Peloton Interactive, Inc. |
| 2:21-cv-09450-RGK-JEMx | Ilan Peker v. Distinct Real Estate USA 2, L.P., et al. |
| 2:21-cv-09979-RGK-AFMx | Sharis Moradian v. Mercedes-Benz USA, LLC |

In the Matter of the
Creation of Calendar for
District Judge Maame Ewusi-Mensah Frimpong                                                              2
_____

| | |
|---|---|
| 2:22-cv-00059-RGK-MRWx | Nikolaus J. Marcher, et al. v. Air and Liquid Systems Corporation, et al. |
| 2:22-cv-00451-RGK-JCx | Weiqing Wang v. United States Citizenship and Immigration Services, et al. |
| 5:21-cv-01062-RGK-PVC | Rudy Jay Burdick v. Marcus Pollard |
| 5:21-cv-01471-RGK-SHKx | Jeanne Rodriguez, et al. v. County of San Bernardino, et al. |
| 5:22-cv-00147-RGK-Ex | Estrada v. Patel, et al. |

    On all documents subsequently filed in the case, please substitute the Judge initials MEMF after the case number in place of the initials of the prior Judge.

DATED: February 10, 2022                                    _____
                                                                                Chief Judge Philip S. Gutierrez