|   |   |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Steven N. Feldman (SBN 281405) |
|   | steve.feldman@lw.com |
| 3 | 1271 Avenue of the Americas |
|   | New York, NY 10020 |
| 4 | Phone: (212) 906-1200 |
| 5 | Fax: (212) 751-4864 |
| 6 | Matthew Walch (*pro hac vice* forthcoming) |
|   | matthew.walch@lw.com |
| 7 | 330 North Wabash Avenue, Suite 2800 |
|   | Chicago, IL 60611 |
| 8 | Phone: (312) 876-7700 |
| 9 | Fax: (312) 993-9767 |
| 10 | Robert J. Ellison (SBN 274374) |
|   | robert.ellison@lw.com |
| 11 | 10250 Constellation Blvd., Suite 1100 |
|   | Los Angeles, CA 90067 |
| 12 | Phone: (424) 653-5500 |
| 13 | Fax: (424) 653-5501 |
| 14 | Rebekah L. Soule (*pro hac vice*) |
|   | rebekah.soule@lw.com |
| 15 | 555 Eleventh St. NW, Suite 1000 |
|   | Washington, D.C. 20004-1304 |
| 16 | Phone: (202) 637-2200 |
| 17 | Fax: (202) 637-2201 |
| 18 | *Counsel for Defendant Peloton Interactive, Inc.* |

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LULULEMON ATHLETICA CANADA, INC., a Canadian corporation, | CASE NO. 2:21-CV-09252-MEMF-SHK |
| Plaintiff, | **DECLARATION OF REBEKAH L. SOULE IN SUPPORT OF DEFENDANT PELOTON'S REPLY IN SUPPORT OF MOTION TO STAY, DISMISS, OR TRANSFER THE AMENDED COMPLAINT** |
| v. | |
| PELOTON INTERACTIVE, INC., a Delaware corporation, | |
| Defendant. | |

I, Rebekah L. Soule, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an associate at the law firm of Latham & Watkins LLP, 555 Eleventh St. NW, Suite 1000 Washington, D.C. 20004-1304, counsel for Defendant Peloton Interactive, Inc. ("Peloton"). I am a member in good standing of the bar of the District of Columbia and admitted *pro hac vice* before this Court. I submit this declaration in support of Defendant Peloton's Reply in Support of its Motion to Stay, Dismiss, or Transfer the Amended Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of a webpage obtained from JD Supra titled "The Federal Circuit Issues Multiple Orders Directing Transfer of Venue out of the Western District of Texas," available at: https://www.jdsupra.com/legalnews/the-federal-circuit-issues-multiple-2390525/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 10, 2022 in Arlington, VA.

_____
Rebekah L. Soule