| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Steven N. Feldman (SBN 281405) |
|   | steve.feldman@lw.com |
| 3 | 1271 Avenue of the Americas |
|   | New York, NY 10020 |
| 4 | Phone: (212) 906-1200 |
|   | Fax: (212) 751-4864 |
| 5 | |
|   | *Attorneys for Defendant* |
| 6 | Peloton Interactive, Inc. |
| 7 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 8 | Craig S. Summers (SBN 108,688) |
|   | craig.summers@knobbe.com |
| 9 | 2040 Main Street, Fourteenth Floor |
|   | Irvine, CA  92614 |
| 10 | Telephone: (949) 760-0404 |
| 11 | Facsimile: (949) 760-9502 |
| 12 | *Attorneys for Plaintiff* |
|    | lululemon athletica canada inc. |
| 13 | |
| 14 | [Additional Counsel Listed on Signature Page] |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA, INC., a Canadian corporation, | CASE NO. 2:21-cv-09252-MEMF-SHK |
|   | Hon. Maame Ewusi-Mensah Frimpong |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT PELOTON'S MOTION TO STAY, DISMISS, OR TRANSFER** |
| v. | |
| PELOTON INTERACTIVE, INC., a Delaware corporation, | [PROPOSED ORDER LODGED CONCURRENTLY] |
| Defendant. | Current Hearing Date: March 24, 2022 |
|   | Current Hearing Time: 10:00 AM |
|   | [Proposed] New Hearing Date: April 14, 2022 |
|   | [Proposed] New Hearing Time: 10:00 AM |

Plaintiff lululemon athletica canada inc. ("lululemon") and Defendant Peloton Interactive, Inc. ("Peloton"), who have appeared by and through their attorneys of records, hereby stipulate as follows:

WHEREAS, lululemon filed an Amended Complaint (Dkt. 35) on February 9, 2022;

WHEREAS, Peloton filed a Motion to Stay, Dismiss, or Transfer Amended Complaint (Dkt. 41) on February 23, 2022;

WHEREAS, the Motion is scheduled for a hearing on March 24, 2022;

WHEREAS, counsel for Peloton is unavailable on March 24, 2022 due to a trial in another court, as described in the Declaration of Rebekah L. Soule filed in support of this Stipulation;

WHEREAS, April 14, 2022 is the first hearing date after March 24, 2022 that was mutually available for all the parties; and

WHEREAS, counsel met and conferred pursuant to Local Rule 7-3, on March 16, 2022, and have agreed to request jointly that this Court continue the hearing to April 14, 2022.

NOW, THEREFORE, the parties hereby stipulate and propose, subject to the approval of the Court, that:

1. The hearing on Defendant Peloton's Motion to Stay, Dismiss or Transfer be continued from March 24, 2022 to April 14, 2022 at 10:00 am.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: March 17, 2022 | | LATHAM & WATKINS LLP<br>By: /s/ Steven N. Feldman |

Respectfully submitted,

Dated: March 17, 2022

LATHAM & WATKINS LLP
By: */s/* Steven N. Feldman
    Steven N. Feldman (SBN 281405)
    steve.feldman@lw.com
    1271 Avenue of the Americas
    New York, NY 10020
    Phone: (212) 906-1200
    Fax: (212) 751-4864

    Matthew Walch (*pro hac vice* forthcoming)
    matthew.walch@lw.com
    330 North Wabash Avenue, Suite 2800
    Chicago, IL 60611
    Phone: (312) 876-7700
    Fax: (312) 993-9767

    Robert J. Ellison (SBN 274374)
    robert.ellison@lw.com
    10250 Constellation Blvd., Suite 1100
    Los Angeles, CA 90067
    Phone: (424) 653-5500
    Fax: (424) 653-5501

    Rebekah L. Soule (*pro hac vice*)
    rebekah.soule@lw.com
    555 Eleventh St. NW, Suite 1000
    Washington, D.C. 20004-1304
    Phone: (202) 637-2200
    Fax: (202) 637-2201

*Attorneys for Defendant*
Peloton Interactive, Inc.

Dated: March 17, 2022

KNOBBE, MARTENS, OLSON & BEAR, LLP
By: */s/* Brandon G. Smith
    Craig S. Summers (SBN 108,688)
    craig.summers@knobbe.com
    Ali S. Razai (SBN 246,922)
    ali.razai@knobbe.com
    Susan M. Natland (SBN 198,100)
    susan.natland@knobbe.com
    Brandon G. Smith (SBN 307,676)
    brandon.smith@knobbe.com
    KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street, Fourteenth Floor
    Irvine, CA  92614
    Telephone: (949) 760-0404
    Facsimile: (949) 760-9502

*Attorneys for Plaintiff*
lululemon athletica canada inc.

**SIGNATURE ATTESTATION**

Pursuant to Central District of California Civil Local Rules 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document.

Dated: March 17, 2022         By: /s/ Rebekah L. Soule
                                  Rebekah L. Soule