LATHAM & WATKINS LLP
Steven N. Feldman (SBN 281405)
steve.feldman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Phone: (212) 906-1200
Fax: (212) 751-4864

Matthew Walch (*pro hac vice* forthcoming)
matthew.walch@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Phone: (312) 876-7700
Fax: (312) 993-9767

Robert J. Ellison (SBN 274374)
robert.ellison@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Phone: (424) 653-5500
Fax: (424) 653-5501

Rebekah L. Soule (*pro hac vice*)
rebekah.soule@lw.com
555 Eleventh St. NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Defendant*
Peloton Interactive, Inc.

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA, INC., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:21-cv-09252-MEMF-SHK<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF REBEKAH L. SOULE IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT PELOTON'S MOTION TO STAY, DISMISS, OR TRANSFER**<br><br>[PROPOSED ORDER LODGED CONCURRENTLY]<br><br>Current Hearing Date: March 24, 2022<br>Current Hearing Time: 10:00 AM<br><br>[Proposed] New Hearing Date: April 14, 2022<br>[Proposed] New Hearing Time: 10:00 AM |

I, Rebekah L. Soule, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1.      I am an attorney at the law firm of Latham & Watkins LLP, 555 Eleventh St. NW, Washington, DC 20004, counsel for Defendant Peloton Interactive, Inc. ("Peloton").  I am a member in good standing of the bar of the District of Columbia and have been admitted *pro hac vice* for this matter before this Court.  I submit this declaration in support of the parties' joint stipulation to continue the hearing date on Defendant Peloton's Motion to Stay, Dismiss or Transfer.

2.      On February 9, 2022, Plaintiff filed an Amended Complaint (Dkt. 35).

3.      On February 23, 2022 Defendant filed a Motion to Stay, Dismiss, or Transfer Amended Complaint (Dkt. 41).

4.      The Motion is scheduled to be heard by this Court on March 24, 2022.

5.      The parties have met and conferred pursuant to Local Rule 7-3, on March 16, 2022, and have agreed to request jointly that this Court continue the hearing to accommodate a scheduling conflict.

6.      Peloton's counsel who will argue this Motion is currently in trial on another matter and anticipates the trial will continue through March 24, 2022.

7.      I conferred with counsel for lululemon on March 16, 2022.  During the meet and confer, the parties reached an agreement to request a continuance of the hearing to April 14, 2022, which was the first hearing date that was mutually available after March 24, 2022.

8.      Prior to this point, neither party has requested a continuance in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2022 in Arlington, VA.

_____
Rebekah L. Soule

DECL. OF REBEKAH L. SOULE ISO JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION