UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA, INC., a Canadian corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PELOTON INTERACTIVE, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | CASE NO. 2:21-cv-09252-MEMF-SHK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT PELOTON'S MOTION TO STAY, DISMISS, OR TRANSFER [DKT.#49]** |

　　　On March 17, 2022, the Parties filed Joint Stipulation to Continue Hearing Date on Defendant Peloton's Motion to Stay, Dismiss, or Transfer

　　　The Parties requested a continuance of the hearing for the above-referenced Motion to April 14, 2022., because counsel for Peloton is unavailable on March 24, 2022 due to a trial in another court, and April 14, 2022 was the first hearing date that was mutually available after March 24, 2022.

1

The court, having considered the Parties' Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Continue hearing on Defendant Peloton's Motion to Stay, Dismiss or Transfer from March 24, 2022 to April 14, 2022 at 10:00 am.

IT IS SO ORDERED.

Dated: March 17, 2022

                                              Hon. Maame Ewusi-Mensah Frimpong
                                              United States District Judge