UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> PELOTON INTERACTIVE, INC., <br><br> Defendant. | Case No.:  2:21-cv-09252-MEMF-SHK <br><br> **GRANTING MOTION TO STAY [ECF NO. 41]** |

On February 23, 2022, Defendant Peloton Interactive, Inc. ("Peloton") filed the instant Motion to Dismiss, Stay, or Transfer. ECF No. 41 ("Motion"). On March 1, 2022, the parties submitted a Joint Case Management Statement. ECF No. 43 ("Joint CMS"). On March 3, 2022, Plaintiff lululemon Athletica Canada, Inc. ("lululemon") filed an Opposition. ECF No. 46. On March 10, 2022, Peloton filed a Reply. ECF No. 48. According to the moving papers and the parties' Joint Case Management Statement, Peloton filed a separate declaratory action against lululemon in the Southern District of New York ("SDNY Action") "asserting substantially the same claims" as those asserted in the instant action. Motion at 1. The parties further note that "[t]he parties agree that this

1  Court should stay this Action pending a decision from the Southern District of New York regarding
2  lululemon's motion to dismiss." Joint CMS at 2.
3       The Court finds this matter appropriate for resolution without oral argument and hereby
4  VACATES the hearing set for March 24, 2022. C.D. Cal. L.R. 7-15. Accordingly, the parties' Joint
5  Stipulation to Continue Hearing Date, filed on March 17, 2022 (ECF No. 49), is MOOT.
6       Pursuant to the parties' joint stipulation that the case should be stayed, the Court GRANTS
7  Peloton's Motion to Stay. This action is hereby STAYED pending resolution of the SDNY Action or
8  until further order of the Court. Accordingly, this action is placed on the Court's inactive calendar
9  pending the outcome of the SDNY Action. The parties shall file a joint report every ninety (90) days,
10 starting from the date of this Order. The parties are also directed to jointly notify the Court within
11 forty-eight (48) hours of the conclusion of the SDNY Action.

13       IT IS SO ORDERED.

15  Dated: March 21, 2022

16                                    MAAME EWUSI-MENSAH FRIMPONG
17                                         United States District Judge