Craig S. Summers (SBN 108,688)
craig.summers@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Susan M. Natland (SBN 198,100)
susan.natland@knobbe.com
Brandon G. Smith (SBN 307,676)
brandon.smith@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
lululemon athletica canada inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LULULEMON ATHLETICA CANADA INC., a Canadian corporation, <br><br> Plaintiff, <br><br> v. <br><br> PELOTON INTERACTIVE, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 21-cv-09252-MEMF-SHKx

Hon. Maame Ewusi-Mensah Frimpong
Hon. Shashi H. Kewalramani

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

Plaintiff lululemon athletica canada inc., ("lululemon" or "Plaintiff") and Defendant Pelton Interactive Inc. have negotiated a mutually agreeable settlement of this dispute. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), lululemon dismisses all claims in this action with prejudice.  Peloton has not yet served an answer to the Complaint or filed a motion for summary judgment.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 30, 2022   By: */s/ Ali S. Razai*
                                        Craig S. Summers
                                        Ali S. Razai
                                        Susan M. Natland
                                        Brandon G. Smith

                                        *Attorneys for Plaintiff*
                                        LULULEMON ATHLETICA CANDADA INC.

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.  My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On September 30, 2022, I served the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** on counsel shown below via **EMAIL**:

Steven N. Feldman
steve.feldman@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Phone: (212) 906-1200
Fax: (212) 751-4864

Matthew Walch
(pro hac vice forthcoming)
matthew.walch@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Phone: (312) 876-7700
Fax: (312) 993-9767

Robert J. Ellison
robert.ellison@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Phone: (424) 653-5500
Fax: (424) 653-5501

Rebekah L. Soule
(pro hac vice forthcoming)
rebekah.soule@lw.com
LATHAM & WATKINS LLP
555 Eleventh St. NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
Fax: (202) 637-2201

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 30, 2022, at Irvine, California.

_____
Jeff Roche

56391990

- 2 -